IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                              CASE NO 18-01896 ESL

JOSE ORLANDO GOMEZ APONTE

DEBTOR                                              CHAPTER 13

**DEBTOR'S REPLY TO *MOTION OBJECTING THE CONFIRMATION OF THE PLAN***
**DOCKET NO. 12**

TO THE HONORABLE COURT:

**COMES NOW, JOSE ORLANDO GOMEZ APONTE,** the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

**1.** First Bank Puerto Rico filed a *Motion Objecting the Confirmation of the Plan*, Docket No. 12, objecting the confirmation of Debtor's proposed *Amended Chapter 13 Plan* (Docket No. 11), requesting concurrent equal monthly payments with attorney fees in the amount of $50.00.

**2.** The Debtor respectfully states that the Debtor's *Amended Chapter 13 Plan*, dated June 07, 2018 (Docket No. 11), on Section 3.6 *Pre-conformation adequate protection monthly payments ("APMP") to be paid by the trustee* provides a $75.00 amount to be paid to First Bank Puerto Rico.

**3.** The Debtor hereby respectfully responds to First Bank's objection to Plan confirmation, Docket No. 12, in the above captioned case.

**WHEREFORE,** the Debtor respectfully prays that First Bank's objection to Plan confirmation Docket No. 12, be denied and the Debtor's proposed *Amended Chapter 13 Plan*, dated June 07, 2018, Docket No. 11, be confirmed.

**I HEREBY CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by

United States Postal Service copy of this motion to the following CM/ECF non-participant:

Page -2-
Reply to Trustee's Unfavorable Report
Case no. 18-01896 ESL13

the Debtor, Jose Orlando Gomez Aponte, 4828 Roosevelt Boulevard Philadelphia PA

19124, in the above captioned case.

      **RESPECTFULLY SUBMITTED**.   In San Juan, Puerto Rico, this 13th day of June,

2018.

/s/ *Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726-0816
TEL 787-744-7699 FAX 787-746-5294
EMAIL: rfigueroa@rfclawpr.com