# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **JOSE ORLANDO GOMEZ APONTE**<br>SSN xxx-xx-4795<br><br>Debtor(s) | CASE NO: **18-01896-ESL**<br><br>Chapter 13 |

## TRUSTEE'S NO OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

**\*ATTORNEY FEES AS PER R 2016(b) STATEMENT:**

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO\***

Total Agreed: **$3,000.00**   Paid Pre-Petition: **$132.00**   Outstanding (Through the Plan): **$2,868.00**

---

**\*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325**

**Debtor's/s' Commitment Period:** ☑ Under Median Income 36 months   ☐ Above Median Income 60 months §1325(b)(1)(B)
☐ The Trustee cannot determine debtor's/s' commitment period at this time.   Projected Disposable Income: **$0.00**

**Liquidation Value: $0.00   Estimated Priority Debt: $4,816.53**

If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $0.00

With respect to the (amended) Plan date: **Jun 07, 2018  (Dkt  11)**   Plan Base: **$31,320.00**

**The Trustee:**   ☑ **DOES NOT OBJECT**   ☐ **OBJECTS**   Plan Confirmation   Gen. Uns. Approx. Dist.: **2 %**

---

**\*OTHER COMMENTS / OBJECTIONS**

Debtor is one month, or $150.00, in arrears with the Trustee. The pending payment pertains to the month of June 2018; which became due on the 9th day of the month.
Debtor submitted evidence of having made such payment. The funds, however, are yet to clear in Trustee's system.

---

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

---

/s/ Jose R. Carrion, Esq.                               Date: June 14, 2018
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

/s/ Nannette Godreau, Esq.

---

Last Docket Verified: 17    Last Claim Verified: 8    CMC: MR