IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                                CASE NO. 18-01896/ESL

JOSE ORLANDO GOMEZ APONTE

                                                      CHAPTER 13

DEBTOR

## DEBTOR'S REPLY TO MOTION TO DISMISS
## DOCKET #30 and REQUEST FOR EXTENSION OF TIME TO CURE BALANCE ON ASUME ARREARS

**TO THE HONORABLE COURT:**

**COMES NOW, JOSE ORLANDO GOMEZ APONTE**, the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. On December 19, 2018, Puerto Rico's Administration for Child Support (ASUME), filed a *Motion to Dismiss,* docket #30, basically alleging that the Debtor has defaulted in the Asume payments in the amount of $1,615.00.

2. The Debtor contacted by telephone the undersigned attorney and respectfully submits that he did incur in post-petition arrears with Asume due to certain economic problems.

3. The Debtor hereby respectfully submits that he made four (4) payments of $323.00 for a total amount of $1,292.00 payments to Asume to substantially cure the arrears. Attached is evidence of payments made to ASUME.

4. The Debtor is still in arrears in the sum of ($323.00). The Debtor proposes to cure these arrears within thirty (30) days.

5. Based on the aforementioned , the Debtor respectfully requests an additional extension of time of thirty (30) days within to cure the balance owed on the Asume arrears

Page – 2 –
**Debtor's Reply to Motion to Dismiss**
Case no. 18-01896/ESL13

($323) and inform the Court, accordingly. This extension of time to expire on February 13,

2019.

**WHEREFORE**, the Debtor respectfully prays this Honorable Court grant the present

reply to the *Motion to Dismiss*, and grant the requested extension of time.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of

the Court using the CM/ECF system which will send notice of the same to the Chapter 13

Trustee; Myriam Hernandez Lucena, Esq., Counsel for Asume, and also certify that I have

mails by United States Postal Service copy of this motion to the following non-participant:

debtor, Jose O Gomez Aponte, 4828 Rooselvelt Boulevard, Philadelphia PA 19124, in the

above captioned case.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 14th day of January,

2019.

> */s/Roberto Figueroa Carrasquillo*
> RFIGUEROA CARRASQUILLO LAW OFFICE PSC
> USDC 203614
> ATTORNEY FOR PETITIONER
> PO BOX 186
> CAGUAS PR 00726
> TEL 787-744-7699 FAX NO 787-746-5294
> EMAIL: rfigueroa@rfclawpr.com







