IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>JOSE ORLANDO GOMEZ APONTE<br><br><br>xx-xx-4795<br><br><br>Debtor(s) | CASE NO. 18-01896-ESL13<br><br>Chapter 13<br><br><br><br><br><br>FILED & ENTERED ON JAN/15/2019 |
|---|---|

ORDER

The motion filed by Debtor requesting extension of thirty (30) days to cure arrears with ASUME (Docket Entry #31) is hereby granted. Order Due by 2/13/2019.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15 day of January, 2019.

*/s/ Enrique S. Lamoutte*
Enrique S. Lamoutte
United States Bankruptcy Judge