IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>JOSE ORLANDO GOMEZ APONTE<br><br><br>xx-xx-4795<br><br><br>Debtor | CASE NO. 18-01896-ESL13<br>Chapter 13<br><br><br><br><br><br>FILED & ENTERED ON OCT/21/2019 |

ORDER DISMISSING CASE

     The amended motion to dismiss filed by the chapter 13 trustee (Docket #51), having been duly notified to all parties in interest, and no replies having been filed, it is now

     ORDERED that the instant case be and is hereby dismissed for the reasons stated in the amended motion to dismiss; and it is further

     ORDERED that the Clerk closes any contested matter or adversary proceeding pending in the instant case.

     IT IS SO ORDERED.

     In San Juan, Puerto Rico, this 21 day of October, 2019.

*[signature]*
Enrique S. Lamoutte
United States Bankruptcy Judge